UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
SAI KIM,

               Plaintiff,                            RULE 7.1 STATEMENT

      - against –                       '07 CIV _4696_

HILTON HOTELS CORPORATION,
HILTON GARDEN INN, INC.

               Defendants
------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned, counsel for defendants HILTON HOTELS CORPORATION and HILTON

GARDEN INN, INC., a non-entity, certifies that no corporation is the parent of either

defendant, and no publicly held corporation owns 10% or more of the stock of either

defendant.

Dated: New York, New York
       June 1, 2007

                                    Herzfeld & Rubin, P.C.

                           By:_____
                               JOSEPH E. DONAT (JD-4106)
                               Attorneys for Defendants
                               HILTON HOTELS
                               CORPORATION and
                               HILTON GARDEN INN, INC.
                               40 Wall Street
                               New York, New York 10005
                               (212) 471-8463

TO:

    KENNETH J. GLASSMAN, ESQ.
    Attorney for Plaintiff
    475 Park Avenue South, Suite 700
    New York, New York 10016
    (212) 213-2510