UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
========================================X

SAI KIM,
           Plaintiff,

-against-

HILTON HOTELS CORPORATION,
HILTON GARDEN INN, INC.

           Defendants.
========================================X

**07 CIV 4696**

**NOTICE OF APPEARANCE**

JUDGE CASTEL

S I R S:

**Please Take Notice**, that the Plaintiff, **SAI KIM** ("Plaintiff") hereby appears in the within action, by her attorney, **KENNETH J. GLASSMAN.**

**Please Take Further Notice,** that you are hereby directed to serve all papers upon the undersigned as attorney at the below sated address for such service.

**WHEREFORE,** Plaintiff prays for judgment in her favor and against the Defendants on each cause of action and granting Plaintiff such other and further relief as this Court seems just, proper and equitable under the circumstances.

Dated:  New York, NY
         July 11, 2007

                     *Kenneth J. Glassman*
               **KENNETH J. GLASSMAN (4787)**
                    **Attorney for Plaintiff**
            **475 Park Avenue South, Suite 700**
               **New York, New York 10016**
                      **(212) 213-2510**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2007, I caused a copy of the foregoing NOTICE OF APPEARANCE OF PLAINTIFF SAI KIM to be served via first-class mail, postage prepaid, on the following:

Hertzfeld & Rubin, P.C.
Attorneys for Defendants
40 Wall Street
New York, NY 10005

The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs. Deponent is over the age of 18 years and not a party to this action. I further certify under penalty of perjury that under the laws of the United Sta s of America the foregoing is true and correct.

Executed on July 11, 2007

_____
KENNETH J. GLASSMAN