UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
======================================X

SAI KIM,                                                          Docket No.  **07 CIV 4696 (PKC)**

       Plaintiff,

      -against-

HILTON HOTELS CORPORATION,
HILTON GARDEN INN, INC.

       Defendants.
======================================X

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Plaintiff, Sai Kim

- ✓  *Attorney*

    - ✓  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: (KG-4787)

    - ☐  I am a Pro Hac Vice attorney

    - ☐  I am a Government Agency attorney

- ☐  *Law Firm/Government Agency Association*

From:  SIERATZKI & GLASSMAN, LLP

To:  KENNETH J. GLASSMAN

- ✓  I will continue to be counsel of record on the above-entitled case at my new firm/agency.
- ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.
- ☐  *Address:* _____
- ☐  *Telephone Number:* _____
- ☐  *Fax Number:* _____
- ☐  *E-Mail Address:* _____

Dated:  8/8/08           *KENNETH J. GLASSMAN*
                         KENNETH J. GLASSMAN (4787)