```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SAI KIM,

        Plaintiff,

    - against -

HILTON HOTELS CORPORATION,
BELHAR, LLC d/b/a HILTON GARDEN
INN COLUMBUS/POLARIS

        Defendants
----------------------------------------X

07 CIV 4696 (PKC)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between Kenneth J. Glassman, Esq. attorney for plaintiff Sai Kim and Herzfeld & Rubin, attorneys for defendants HILTON HOTELS CORPORATION ("Hilton")

    WHEREAS, plaintiff commenced the instant action against the defendants in the New York State Supreme Court; and

    WHEREAS, defendants removed the action to the United States District Court for the Southern District of New York; and

    WHEREAS, the defendants filed an answer and served preliminary discovery; and

    WHEREAS, the parties acknowledge that "Hilton Garden Inn" is not a proper party defendant; and

    WHEREAS, the parties consent to the plaintiff serving and filing an amended complaint, without the necessity of filing a formal motion.

    NOW, THEREFORE, IT IS

NOW, THEREFORE, IT IS

AGREED that the plaintiff will serve and file an amended complaint; and it is further

AGREED, that the caption shall be amended to reflect caption of the named defendants as:

"HILTON HOTELS CORPORATION
BELHAR, LLC d/b/a HILTON GARDEN INN COLUMBUS/POLRIS";

and it is further

AGREED, that this Stipulation shall be forwarded to the Court to be "So Ordered".

Dated: New York, New York
August 6, 2007

By: KENNETH J. GLASSMAN (4787)
Attorney for Plaintiff
475 Park Avenue South, Suite 700
New York, New York 10016
(212) 213-2510

By: ABRAHAM DAVID (3283)
Attorney for Defendants
40 Wall Street
New York, New York 10005
(212) 471-8550

SO ORDERED

USDJ
8-9-07