# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW
### 40 WALL STREET
### NEW YORK, NY 10005-2341

TELEPHONE: (212) 471-8500
FAX: (212) 344-3333
WWW.HERZFELD-RUBIN.COM



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

## MEMO ENDORSED

Joseph E. Donat
Direct Line: (212) 471-8463
jdonat@herzfeld-rubin.com

November 26, 2007

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

Re:  Kim v. Hilton Hotels Corporation et al.
     07 Civ. 4696 (PKC)
     Our File No.: 23463.0076

Dear Judge Castel:

We represent the defendants in the captioned litigation. I am in receipt of the Order of Dismissal signed by Your Honor and wish to advise the Court that I transmitted settlement funds to plaintiff's counsel on today's date.

Further to the settlement reached disposing of the captioned litigation I enclose herewith the original of a Confidentiality Agreement which I respectfully request that Your Honor So Order and then file with the Court **under seal**.

I wish to thank the Court for its assistance.

I also believe I speak on behalf of plaintiff's counsel in thanking U.S. Magistrate Judge Debra Freeman, for her assistance in mediating this matter. Without the constructive input of Judge Freeman during the several mediation sessions held in this case the above settlement would not have been possible.

Respectfully submitted,

Joseph E. Donat

*[Handwritten memo endorsement:] The agreement is returned to Mr. Donat. It is not appropriate for it to be filed under seal. A proper showing has not been made. SO ORDERED. [signed] PKC 11-27-07 ^Confidentiality*

HERZFELD & RUBIN, P.C.

cc:
Kenneth J. Glassman, Esq.
475 Park Avenue South
Suite 700
New York, N.Y. 10016

Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
Unites States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312